UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
Case No. 11-22530-CIV-GRAHAM

SIBIL LUCOFF,

    Plaintiff

vs.

SAGE CAPITAL RECOVERY, LLC,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [D.E. 4].

**THE COURT** has reviewed the notice, the pertinent portions of the record and is otherwise fully advised in the premises. Based thereon, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED with PREJUDICE.** It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending motions are **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of August, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record